FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

2011 JUL 27 PM 2:03

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**UNITED STATES OF AMERICA**

v.                                                                    Case No.: 3:89-cr-202-J-20TEM

**IGNATZIO GIULIANO**

_____/

## ORDER

This cause is before this Court on the Report and Recommendation (Doc. 1438, entered June 23, 2011) issued by Magistrate Judge Thomas E. Morris. In the Report and Recommendation, Judge Morris recommends that Defendant's motion to vacate judgment pursuant to Federal Rule of Civil Procedure 60(b)(4) (Doc. 1435, filed June 9, 2011) be denied. The parties were notified to file written objections to the findings and recommendations within fourteen days from the date of its filing. Defendant filed objections on July 11, 2011 (Doc. 1439). After independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. Defendant's motion to vacate judgment pursuant to Federal Rule of Civil Procedure 60(b)(4) (Doc. 1435, filed June 9, 2011) is **DENIED**; and

2. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Jay Taylor, AUSA
Ignatzio Giuliano, *pro se*